## N.C. DEPT. OF CORRECTION v. HARDING

No. 491PA95-2

Case below: 342 N.C. 658

120 N.C.App 451

Petition by Attorney General for writ of certiorari to review the decision of the Court of Appeals allowed 3 April 1996. The Supreme Court ex mero motu vacates its prior denial of the defendant's petition for discretionary review of the decision of the North Carolina Court of Appeals pursuant to G.S. 7A-31 and now allows the petition 3 April 1996.

## PREMIER FEDERAL CREDIT UNION v. DOUGLAS

No. 80P96

Case below: 121 N.C.App. 341

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 April 1996.

## RATLIFFE v. SUN STATE DRYWALL

No. 534P95

Case below: 120 N.C.App. 647

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 April 1996.

## RUSHER v. TOMLISON

No. 341A95

Case below: 119 N.C.App. 458

Motion by respondent (Atlantic Diving) to dismiss denied 3 April 1996.

## STATE v. BARNES

No. 74PA96

Case below: 121 N.C.App. 220

Petition by Attorney General for writ of supersedeas allowed 3 April 1996. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 3 April 1996.